IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                       CASE NO.  4:15-CR-00268-BSM-01

JAMIE OLATREECE CLAYTON                                              DEFENDANT

## ORDER

Jamie Clayton's pro se motion to reduce his sentence [Doc. No. 57] is denied after considering the factors in 18 U.S.C. § 3553(a). *See* U.S.S.G § 1.10, Application Note (B)(i). Although Amendment 821 lowers Clayton's criminal history category from V to IV, resulting in a new guideline range of 77 to 96 months, a reduction is not appropriate here. Clayton was sentenced to the statutory maximum based on the seriousness of the offense as well as the need to protect the public from further crimes by Clayton.

IT IS SO ORDERED this 13th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE