IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

v.      CASE NO. 4:15-CR-00268-BSM

JAMIE OLATREECE CLAYTON      DEFENDANT
Reg. No. 29850-009

## ORDER

Jamie Clayton's pro se motion to vacate, set aside, or correct his sentence [Doc. No. 63] pursuant to 28 U.S.C. section 2255 is denied. Clayton pled guilty to being a felon in possession of ammunition and was sentenced to 120 months in prison. Doc. Nos. 26 & 38. Clayton is moving for relief under 28 U.S.C. section 2255, asserting that President Trump's Executive Order 14206, which was issued after sentencing, requires his conviction to be set aside. Mot. Vacate at 1, Doc. No. 63. This, however, is a misreading of the executive order because it does not vacate prior convictions. *See* Exec. Order No. 14206, 90 F.R. 9503 (2025).

IT IS SO ORDERED this 6th day of August, 2025.

UNITED STATES DISTRICT JUDGE